SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3267
FAX: (559) 297-3272

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>PETER J. ZUEHLKE and<br><br>MARLISE C. ZUEHLKE<br><br>Debtors. | Case No.: 09-18800-B-7<br><br>DC No. SAS-001<br><br>**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363<br><br>Date: April 14, 2010<br>Time: 10:00 a.m..<br>Dept: B<br>Judge: Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

Sheryl A. Strain respectfully represents:

1. She is the duly appointed, qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about September 11, 2009 and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363

4. Among the assets of this estate is a 2007 Toyota Corolla ("Toyota"), Vehicle Identification No.1NXBR30E47Z816283 with, based on the Trustee's investigation, an approximate fair market value of $6,055.00.

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

5. The debtors' schedules listed the value of the Toyota at $7,500.00. The Trustee performed her own independent investigation. The debtors claimed $3,300.00 of the value of the Toyota exempt under California Code §703.140(b)(2).

6. The Trustee has received an offer from the debtors, Peter J. Zuehlke and Marlise C. Zuehlke, to purchase the non-exempt equity in the Toyota for the total sum of $2,755.00 cash. The total sum of $2,755.00 has been received by the estate.

7. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

8. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtors, Peter J. Zuehlke and Marlise C. Zuehlke, for the total sum of $2,755.00.

**DATED**:    3/15/10

/s/
Sheryl A. Strain
Chapter 7 Trustee